COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.   SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 1984-CV-04007

ANTHONY J. LEONARDO, )
)
*Plaintiff,* )
)
v. ) PLAINTIFF'S COMPLAINT AND DEMAND
) FOR JURY TRIAL
INTERNATIONAL BUSINESS )
MACHINES CORPORATION, )
)
*Defendant.* )

## INTRODUCTION

This action arises from the plaintiff, Anthony J. Leonardo's ("Plaintiff" or "Leonardo") employment with the defendant, International Business Machines Corporation ("IBM" or the "Company"). IBM has deprived Mr. Leonardo of his wages due and owing under the Massachusetts Wage Act, General Laws Chapter 149. Mr. Leonardo seeks to recover unpaid wages, mandatory treble damages, interest, costs, and attorneys' fees.

## PARTIES

1. Mr. Leonardo is an individual with a principal residence in Boston, Suffolk County, Massachusetts. At all times, Mr. Leonardo worked for IBM out of his home office in Boston, Massachusetts.

2. IBM is a foreign profit corporation organized under the laws of the State of New York with a principal place of business located at Old Orchard Road, New York, New York. IBM has offices located in Massachusetts, including in Cambridge and Littleton.

1

## JURISDICTION

3. This Court has jurisdiction over this action pursuant to G.L. c. 212, § 3.

4. Venue is appropriate pursuant to G.L. c. 223, § 1.

## FACTS

5. In October 2006, IBM hired Mr. Leonardo as a full-time employee.

6. IBM and Mr. Leonardo entered into an employment agreement, which provided that the Company agreed to pay Mr. Leonardo an annual base salary of $233,800.00 plus paid vacation and quarterly bonuses.

7. At all times during his employment with IBM, Mr. Leonardo lived in Boston, Massachusetts, and worked out of his home in Boston on behalf of IBM.

8. On December 20, 2019, IBM terminated Mr. Leonardo effective immediately.

9. On the date of his termination, IBM did not pay Mr. Leonardo his earned salary, accrued but unused vacation, and his Q4 bonus.

10. IBM currently owes Mr. Leonardo approximately $4,900.00 in unpaid salary, approximately $19,600.00 in unpaid but accrued vacation, and *at least* $20,000.00 in unpaid Q4 bonus.

11. Accordingly, IBM currently owes Mr. Leonardo approximately $44,500.00 in single damages.

12. Mr. Leonardo has satisfied all administrative requirements.

## COUNTS OF THE COMPLAINT

### -COUNT I-
### VIOLATION OF G.L. c. 149 §§ 148, 150

13. Plaintiff hereby restates and incorporates each paragraph of this Complaint as if fully stated herein.

14. IBM's failure to timely pay Mr. Leonardo his earned wages is a violation of the Massachusetts Wage Act, G.L. c. 149 §§ 148 and 150.

15. Pursuant to G.L. c. 149 § 148, an employer, such as IBM, is required to pay its employees any and all accrued wages when earned and for the last pay period, on the date of his termination.

16. As a result of IBM's actions as detailed herein, Mr. Leonardo has been deprived of his wages, and has suffered financial losses, which entitle him to treble damages, costs and attorneys' fees.

### -COUNT II-
### BREACH OF CONTRACT

17. Plaintiff hereby restates and incorporates all paragraphs of this Complaint as if fully stated herein.

18. Mr. Leonardo and IBM entered into a binding employment agreement wherein, among other things, IBM agreed to pay Mr. Leonardo earned salary, accrued vacation, and quarterly bonuses. Mr. Leonardo performed under the employment agreement, but IBM breached the agreement by refusing to pay Mr. Leonardo all sums due and owing.

19. As a result of IBM's actions, Mr. Leonardo has suffered damages.

## -COUNT III-
## BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

20. Plaintiff hereby restates and incorporates all paragraphs of this Complaint as if fully stated herein.

21. Mr. Leonardo and IBM had a binding employment agreement which, as with all Massachusetts contracts, contained an implied covenant of good faith and fair dealing between the parties.

22. For reasons stated above, IBM breached the implied covenant of good faith and fair dealing in the employment agreement.

23. As a result of IBM's actions, Mr. Leonardo has suffered damages.

## PRAYER FOR RELIEF

Plaintiff, Anthony J. Leonardo, prays that this Honorable Court award a judgment in his favor and against the Defendant, for the following relief:

1. Compensatory and consequential damages;

2. Mandatory treble or multiple damages pursuant to G.L. c.149 §§ 148, 150 and/or all other applicable statutes;

3. Costs and expenses of this action;

4. Attorneys' fees;

5. Prejudgment and post-judgment interest; and

6. Such further relief as the Court deems fair and just.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on every claim so triable.

Respectfully submitted,

ANTHONY J. LEONARDO,

By his attorney,

Dated: December 27, 2019

_____
Craig D. Levey (BBO# 681531)
clevey@bennettandbelfort.com
Bennett & Belfort, P.C.
24 Thorndike Street, Suite 300
Cambridge, MA 02141
(617) 577-8800